```
SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
560 Mission Street, Suite 3100
San Francisco, California  94105-2930
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

SEYFARTH SHAW LLP
James D. McNairy (SBN 230903)
Robert J. Wood (SBN 238382)
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Plaintiff
Federal Deposit Insurance Corporation, as
Receiver for Charter Oak Bank
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for CHARTER OAK BANK;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY A. WILKENS a.k.a. TIM WILKENS, an individual;<br><br>　　　　　Defendant. | Case No. 12-CV-01022-LKK-CKD<br><br>**STIPULATION TO TRANSFER VENUE TO NORTHERN DISTRICT OF CALIFORNIA;  ORDER** |

　　　　Plaintiff Federal Deposit Insurance Corporation, as Receiver for Charter Oak Bank, Napa, California ("Plaintiff") and defendant Timothy A. Wilkens a.k.a. Tim Wilkens ("Defendant"), by and through their respective undersigned counsel, hereby stipulate, agree, and jointly request that the Court issue its order as follows:

　　　　WHEREAS, Plaintiff commenced the instant action by filing a complaint on April 17, 2012, in the United States District Court, Eastern District of California;

　　　　WHEREAS, on June 19, 2012, Defendant, having been served with Plaintiff's complaint, filed a motion to dismiss (the "Motion") pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure (the "Federal Rules"), on the basis that venue is improper in the Eastern District of

1

**STIPULATION TO TRANSFER VENUE; PROPOSED ORDER**　　　　　　　　　　　　　　14604087v.1 / 74744-000002

1 California;

2 WHEREAS, counsel for Plaintiff and Defendant have conferred and agree that,
3 irrespective of whether venue is or is not proper in the Eastern District, venue is proper in the
4 Northern District of California, pursuant to 28 U.S.C. § 1391(b)(2), and this matter should be
5 transferred to the Northern District in lieu of further litigation of the Motion, subject to the terms
6 of this stipulation;

7 THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

8 1. That this matter should be transferred to the Northern District on the following
9 terms and conditions:

10 a. Defendant shall file and serve an answer to Plaintiff's complaint by no
11 later than July 20, 2012, or five (5) court days after the Clerk of the Northern District gives
12 notice that the case has been received and the new case number has been assigned, whichever
13 date is later.

14 b. Defendant waives any defense to Plaintiff's complaint listed in Rule
15 12(b)(2)-(5) of the Federal Rules, to the extent not already waived by operation of Rule
16 12(h)(1)(A).

17 2. That the parties hereby jointly request the Court to issue its order approving and
18 implementing this stipulation upon the filing of this stipulation and the *ex parte* application of
19 any of the parties, without further motion, hearing and/or other proceedings; and

20 3. That the Court's order incorporating or otherwise implementing and consistent
21 with the terms of this stipulation shall be effective immediately upon issuance.

22 **IT IS SO STIPULATED.**

23 Dated: July 12, 2012                          SEYFARTH SHAW LLP

25                                              By:  */s/ Robert J. Wood*
                                                      Robert J. Wood
26                                              Attorneys for Plaintiff
27                                              Federal Deposit Insurance Corporation, as
                                                Receiver for Charter Oak Bank
28

**IT IS SO STIPULATED.**

Dated: July 12, 2012                                    LAW OFFICES OF MICHAEL BROOK

                                                        By: */s/ Michael J.M. Brook* (as authorized 7/12/12)
                                                             Michael J.M. Brook
                                                        Attorneys for Defendant
                                                        Timothy A. Wilkens

## ORDER

    The foregoing Stipulation to Transfer Venue to Northern District of California, entered into among plaintiff Federal Deposit Insurance Corporation, as Receiver for Charter Oak Bank, Napa, California, and defendant Timothy A. Wilkens a.k.a. Tim Wilkens, has been submitted to the Court for consideration. The Court, having reviewed and considered the stipulation, and good cause appearing therefor, HEREBY ORDERS that the stipulation is APPROVED on the terms set forth therein. The Clerk is directed to transfer this case to the United States District Court, Northern District of California, forthwith. No further proceedings shall be had in this Court.

    IT IS SO ORDERED.

    Dated: July 13, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT