**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   FEDERAL DEPOSIT INS,                       No. C 12-03883 DMR

12              Plaintiff(s),                    **ORDER FOR STATUS UPDATE**

13         v.

14   TIMOTHY A. WILKENS,

15              Defendant(s).
     _____/
16

17         The court hereby orders the parties to file a joint status update with the court by January 9,

18   2013.

19

20         IT IS SO ORDERED.

21

22   Dated:  December 5, 2012

23                                              _____
                                                DONNA M. RYU
24                                              United States Magistrate Judge

25

26

27

28