UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INS, | No. C 12-03883 DMR |
| Plaintiff(s), | **ORDER FOR STATUS UPDATE** |
| v. | |
| TIMOTHY A. WILKENS, | |
| Defendant(s). | |

The court hereby orders the parties to file a joint status update with the court by January 9, 2013.

IT IS SO ORDERED.

Dated: December 5, 2012

DONNA M. RYU
United States Magistrate Judge